INTERSTATE INVESTORS, INC. *v.*
UNITED STATES ET AL.

No. 755. Decided January 27, 1969.

*Frederick W. P. Lorenzen* and *William R. Burt* for appellant.

*Solicitor General Griswold, Assistant Attorney General Zimmerman, Howard E. Shapiro, Robert W. Ginnane,* and *Jerome Nelson* for the United States et al., and *Thomas F. Daly, John W. Castles III,* and *Warren A. Goff* for Transcontinental Bus System, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.